JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*April Isas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL ISAS, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>CHIPOTLE SERVICES LLC, A Foreign Limited Liability Company; CHIPOTLE MEXICAN GRILL, INC., a Foreign Corporation; CMG PEPPER, LLC, a Foreign Limited Liability Company; SCOTT BOATWRIGHT; MATTHEW WANSTREET; MARK WATKINS; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive<br><br>       Defendants. | Case No.: 2:24-cv-02305-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** |

STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER

MAC: 17973-001 (#5856482.1)

1  Plaintiff April Isas ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP,
2  and Defendants Chipotle Services LLC and Chipotle Mexican Grill, Inc., together with any
3  remaining individual defendants in this action (collectively referred to as "Defendants"), by and
4  through Defendants' counsel of record, the law firms of Marquis Aurbach Chtd. and Martenson,
5  Hasbrouck & Simon LLP, hereby stipulate to extending Plaintiff's deadline to **April 24, 2025,** to
6  file her amended complaint.

7  CMG Pepper, LLC and Mark Watkins were dismissed as parties to this action at the Court's
8  April 7, 2025, hearing on Defendants' motions to dismiss. (ECF No. 63). While all claims were also
9  dismissed as to Matthew Wanstreet, the Court granted Plaintiff leave to amend the sexual assault
10 and battery claim against him. *Id.*

11  Good cause supports Plaintiff's request for an extension to file her second amended
12 complaint. On April 16, 2025, Plaintiff obtained new counsel and requested a substitution of counsel
13 the same day. ECF No. 67.

14  Plaintiff's newly retained counsel has recently taken over the representation in this matter
15 and requires additional time to properly prepare and file the Second Amended Complaint. Counsel
16 needs time to review the case file, speak with the client, and consult with opposing counsel regarding
17 potential amendments to streamline the issues for the Court's consideration.

18  While Defendant Scott Boatwright has not yet appeared in this action, Plaintiff agrees not to
19 include Boatwright as an individual defendant in her Second Amended Complaint. Defendants'
20 counsel has agreed to waive any costs associated with the prior litigation against Boatwright and to
21 accept service of a deposition notice or subpoena for Boatwright, reserving all rights, defenses, and
22 objections to the deposition notice or subpoena other than those related to the sufficiency of service.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

This extension is not sought for purposes of delay, but rather to ensure the amended pleading properly addresses the issues in this case and potentially narrows the matters in dispute.

**IT IS SO STIPULATED.**

| GREENBERG GROSS LLP | MARQUIS & AURBACH |
|---|---|
| */s/ Matthew T. Hale, Esq.* <br> JEMMA E. DUNN <br> Nevada Bar No. 16229 <br> MATTHEW T. HALE <br> Nevada Bar No. 16880 <br> MICHAEL A. BURNETTE <br> Nevada Bar No. 16210 <br> 1980 Festival Plaza Drive, Suite 730 <br> Las Vegas, Nevada 89135 | */s/ Jordan W. Montet, Esq.* <br> NICK D. CROSBY <br> Nevada Bar No. 8896 <br> JORDAN W. MONTET <br> Nevada Bar No. 14743 <br> 10001 Park Run Dr., <br> Las Vegas, NV 89145 |
| *Attorneys for Plaintiff* <br> *April Isas* | *Attorneys for Defendants* <br><br> MARTENSON, HASBROUCK & SIMON LLP <br><br> */s/ Robert J. Mollohan, Esq.* <br> ROBERT JENNINGS MOLLOHAN <br> *Admitted Pro Hac Vice* <br> BETSY BULAT <br> *Admitted Pro Hac Vice* <br> 2573 Apple Valley Road Ne <br> Atlanta, GA 30319 <br><br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/18/2025

-3-
STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER

MAC: 17973-001 (#5856482.1)