**Greenberg Gross LLP**
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Brian Williams
(*admitted pro hac vice*)
Philip A. Horlacher
Nevada Bar No. 16891
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
BWilliams@GGTrialLaw.com
PHorlacher@GGTrialLaw.com
*Attorneys for Plaintiff*

**Marquis Aurbach**
Nicholas D. Crosby, Esq.
Nevada Bar No. 8996
Jordan W. Montet, Esq.
Nevada Bar No. 14743
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jmontet@maclaw.com
*Attorneys for Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC*

**Martenson, Hasbrouck & Simon LLP**
Betsy Bulat
(*admitted pro hac vice*)
Robert J. Mollohan, Jr.
(*admitted pro hac vice*)
2573 Apple Valley Road NE
Atlanta, GA 30319
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
bbulat@martensonlaw.com
rmollohan@martensonlaw.com
*Attorneys for Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL ISAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE SERVICES LLC, a California limited liability company; CHIPOTLE MEXICAN GRILL, INC., a California corporation,<br><br>Defendants. | Case Number: 2:24-cv-02305-JAD-DJA<br><br>**STIPULATION TO FILE SUPPLEMENTAL EVIDENCE** |

Plaintiff April Isas ("Plaintiff"), through her counsel of record, Greenberg Gross LLP, and Defendants Chipotle Services, LLC and Chipotle Mexican Grill, Inc. ("Defendants"), through their counsel of record, Martenson, Hasbrouck & Simon LLP and Marquis Aurbach Chtd. (collectively, the "Parties"), hereby stipulate and agree as follows to resolve Plaintiff's Motion for Leave to File Supplemental Evidence (ECF No. 120):

1. Defendants do not oppose Plaintiff's Motion for Leave to File Supplemental Evidence (ECF No. 120), and the Parties stipulate that the Motion (ECF No. 120) shall be granted and the supplemental evidence submitted with it shall be deemed filed as of the date of the Motion.

2. Defendants shall have leave to file, on or before September 25, 2026, supplemental evidence in support of Defendants' Response in Opposition to Plaintiff's Motion to Compel the Deposition of Scott Boatwright (ECF No. 117), and Plaintiff will not make any opposition to that filing.

3. No Party shall oppose the Court's consideration of the supplemental evidence submitted with Plaintiff's Motion for Leave to File Supplemental Evidence (ECF No. 120) or the supplemental evidence Defendants will submit on or before September 25, 2026.

4. The Parties' supplemental evidence shall be exclusively from deposition testimony taken after the filing date of Defendants' Response in Opposition to Plaintiff's Motion to Compel the Deposition of Scott Boatwright (ECF No. 117), or August 24, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. The Parties respectfully request that the Court enter an order granting Plaintiff's Motion for Leave to File Supplemental Evidence (ECF No. 120) on the terms set forth in this Stipulation.

IT IS SO STIPULATED.

DATED this 21st day of September 2026.

GREENBERG GROSS LLP

/s/ *Matthew T. Hale*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
BRIAN WILLIAMS
(*admitted pro hac vice*)
PHILIP A. HORLACHER
Nevada Bar No. 16891
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

MARQUIS AURBACH

/s/ *Jordan W. Montet*
NICHOLAS D. CROSBY
Nevada Bar No. 8996
JORDAN W. MONTET
Nevada Bar No. 14743
10001 Park Run Dr.,
Las Vegas, NV 89145

*Attorneys for Defendants*

MARTENSON, HASBROUCK & SIMON LLP

/s/ *Betsy Bulat*
BETSY BULAT
(*admitted pro hac vice*)
ROBERT JENNINGS MOLLOHAN, JR.
(*admitted pro hac vice*)
2573 Apple Valley Road NE
Atlanta, GA 30319

*Attorneys for Defendants*

**IT IS SO ORDERED**

DATED: September 22, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2026, a true and correct copy of the **STIPULATION TO FILE SUPPLEMENTAL EVIDENCE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

/s/ *Kellie Piet*
An employee of Marquis Aurbach