BRIAN L. WILLIAMS
*Pro Hac Vice*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
PHILIP A. HORLACHER
Nevada Bar No. 16891
**GREENBERG GROSS LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*BWilliams@GGTrialLaw.com*
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*PHorlacher@GGTrialLaw.com*

*Attorneys for Plaintiff April Isas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL ISAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE SERVICES LLC, a California limited liability company; CHIPOTLE MEXICAN GRILL, INC., a California corporation,<br><br>Defendants. | Case No. 2:24-cv-02305-JAD-DJA<br><br>**PLAINTIFF APRIL ISAS'S MOTION FOR ORDER SHORTENING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF SCOTT BOATWRIGHT (ECF NO. 120)**<br><br>Hearing Date: September 29, 2026<br>Time: 10:00 a.m.<br>Courtroom: 3A<br>Magistrate Judge Daniel J. Albregts |

Plaintiff April Isas ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, respectfully moves under Local Rule IA 6-1(d) for an order shortening Defendants' time to respond to Plaintiff's Motion for Leave to File Supplemental Evidence in Support of Motion to Compel the Deposition of Scott Boatwright (ECF No. 120) (the "Motion for Leave"), filed September 15, 2026. The underlying Motion to Compel (ECF No. 111) is set for hearing on September 29, 2026. Plaintiff requests that Defendants' response to the Motion for Leave be due on or before September 22, 2026, with no reply. This Motion is based on the following Memorandum of Points and Authorities, the

Declaration of Matthew T. Hale filed as Exhibit B to the Motion for Leave (the "Hale Decl."), the papers and pleadings on file, and any argument the Court may entertain.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. BACKGROUND

Plaintiff's Motion to Compel the Deposition of Scott Boatwright was fully briefed on August 31, 2026 and is set for hearing before Magistrate Judge Albregts on September 29, 2026. ECF Nos. 111, 114, 117, 118. On September 2, 2026, two days after briefing closed, Plaintiff deposed Mark Watkins, the Regional Vice President who supervised Ms. Isas and reported directly to Mr. Boatwright, and whom Defendants' Opposition identified as a lower-level witness Plaintiff should examine before Mr. Boatwright. Opp'n (ECF No. 117) at 12; Hale Decl. ¶ 3. Defendants' counsel attended and defended the deposition. Hale Decl. ¶ 3. The certified transcript was delivered on September 15, 2026, and Plaintiff filed the Motion for Leave the same day. *Id.* ¶¶ 4, 8.

Under LR 7-2(b), Defendants' response to the Motion for Leave is due fourteen days after service, on September 29, 2026, the date of the hearing on the underlying Motion. Absent relief, the Motion for Leave will not be ripe when the Court hears the Motion to Compel.

## II. LEGAL STANDARD

"Motions to shorten time will be granted only upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time. The moving party must advise the courtroom administrator for the assigned judge that a motion for an order shortening time was filed." LR IA 6-1(d).

## III. ARGUMENT

Good cause exists to shorten Defendants' time to respond. First, the timing is not of Plaintiff's making. The Watkins deposition was taken in the sequence Defendants demanded, after briefing on the Motion to Compel had closed, and Plaintiff filed the Motion for Leave on the day the certified transcript was delivered. ECF No. 120, Hale Decl. ¶¶ 3–4, 8. Second, the Motion for Leave presents a single, narrow question: whether the Court will consider the testimony of the witness Defendants themselves identified before ruling on the apex issue. It raises no new legal theories. Third, Defendants need no time to gather information. Their counsel attended the

deposition, defended it, and received the certified transcript on the same date Plaintiff did. *Id.* ¶¶ 3, 8. A seven-day response period is ample for a filing of this kind.

Shortening time also serves the Court. Plaintiff's Motion to Compel and Defendants' Opposition turn on whether Mr. Boatwright has unique personal knowledge and whether Plaintiff has exhausted less intrusive discovery. The Watkins testimony speaks directly to both. Resolving the Motion for Leave before September 29 allows the Court to hear the Motion to Compel on a complete record on the date already set, rather than continuing the hearing or ruling without the testimony of Mr. Boatwright's direct report on the very subject in dispute. The discovery cutoff is October 30, 2026 (ECF No. 116), and a continuance would further compress the time available to complete Mr. Boatwright's deposition if the Motion to Compel is granted.

In the alternative, if the Court declines to shorten time, Plaintiff requests that the Court consider the proposed Supplement at the September 29 hearing and permit Defendants to respond orally.

As LR IA 6-1(d) requires, Plaintiff's counsel is advising the courtroom administrator for Magistrate Judge Albregts that this Motion has been filed. Hale Decl. ¶ 9.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

Plaintiff respectfully requests that the Court order that Defendants' response to the Motion for Leave (ECF No. 120) be filed on or before September 22, 2026, that no reply be permitted, and that the Motion for Leave be deemed submitted upon the filing of Defendants' response or the expiration of that deadline.

DATED: September 15, 2026

**GREENBERG GROSS LLP**

By: */s/ Matthew T. Hale*

BRIAN L. WILLIAMS
*Pro Hac Vice*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
PHILIP A. HORLACHER
Nevada Bar No. 16891
*Attorneys for Plaintiff April Isas*

In light of the parties' stipulation to file supplemental evidence filed on September 21, 2026 (ECF No. 123), the Court DENIES Plaintiff's motion as MOOT.

IT IS SO ORDERED.

DATED: September 25, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **PLAINTIFF APRIL ISAS'S MOTION FOR ORDER SHORTENING TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF SCOTT BOATWRIGHT (ECF NO. 120)** to the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Nicholas D. Crosby, Esq.
Jordan W. Montet, Esq.
MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
ncrosby@maclaw.com
jmontet@maclaw.com

Betsy Bulat, Esq. (admitted pro hac vice)
Robert J. Mollohan, Jr., Esq. (admitted pro hac vice)
Colyer F. Montgomery, Esq.
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
bbulat@martensonlaw.com
rmollohan@martensonlaw.com
cmontgomery@martensonlaw.com
*Attorneys for Defendants*

Executed on September 15, 2026, at Las Vegas, Nevada.

*/s/ Matthew T. Hale*
An Employee of Greenberg Gross LLP