MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

cmontgomery@martensonlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL ISAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE SERVICES, LLC, a California Limited Liability Company; CHIPOTLE MEXICAN GRILL, INC., a California Corporation;<br><br>Defendants. | Case Number: 2:24-cv-02305-JAD-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING FINALIZATION OF SETTLEMENT DOCUMENTS, VACATE HEARING ON PLAINTIFF'S MOTION TO COMPEL (ECF NO. 134), AND STAY DEADLINE FOR DEFENDANTS' RESPONSE** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff, April Isas ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants Chipotle Services, LLC, and

Chipotle Mexican Grill, Inc. ("Defendants"), by and through their counsel of record, Martenson, Hasbrouck, & Simon LLP and Marquis Aurbach CHTD., (collectively, the "Parties") hereby stipulate as follows:

1. On October 26, 2026, the Court granted the Parties' Stipulation to Modify Discovery Plan and Scheduling Order (Fourth Request) (ECF No. 133), which, among other things, set a November 9, 2026 mediation with Steven Rottman, Esq., extended the deadline to complete the depositions of Scott Boatwright and Scott Barer to December 24, 2026, and extended the dispositive motions deadline to January 22, 2027.

2. On October 30, 2026, Plaintiff filed her Motion to Compel Deposition Answers of Defendant Chipotle Services LLC's Rule 30(b)(6) Designee (the "Motion to Compel") (ECF No. 134).

3. On November 3, 2026, the Court entered a Minute Order setting a hearing on the Motion to Compel for December 10, 2026, at 10:00 a.m. in LV Courtroom 3A (ECF No. 135).

4. Pursuant to LR 7-2(b), Defendants' response to the Motion to Compel is currently due on November 13, 2026. This is the Parties' first request to stay or extend the deadline for Defendants' response to the Motion to Compel.

5. On November 9, 2026, the Parties participated in mediation with Steven Rottman, Esq., and reached a settlement in principle resolving all claims in this action.

6. The Parties are working diligently in good faith to memorialize and finalize the terms of their settlement in a written settlement agreement and anticipate that they will need approximately thirty (30) days to finalize and execute the settlement documents and file dismissal papers.

7. In light of the settlement, further briefing and argument on the Motion to Compel, and the completion of the remaining discovery and dispositive motion deadlines, would be unnecessary and would needlessly expend the resources of the Court and the Parties.

8. Accordingly, the Parties jointly request that the Court: (a) stay all proceedings and deadlines in this matter, including the remaining deadlines set forth in ECF No. 133,

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

pending finalization of the settlement documents; (b) vacate the December 10, 2026 hearing on the Motion to Compel; and (c) stay Defendants' deadline to respond to the Motion to Compel.

9. Within thirty (30) days of entry of an order on this Stipulation, the Parties will file a stipulation of dismissal or, if the settlement has not been finalized, a joint status report advising the Court of the status of the settlement and proposing a deadline for Defendants' response to the Motion to Compel and a schedule for any remaining deadlines.

10. This Stipulation is made in good faith, is not sought for the purpose of unwarranted delay, and is intended to conserve the resources of the Court and the Parties while the settlement is finalized.

**IT IS SO STIPULATED.**

Dated this 13th day of November 2026.

GREENBERG GROSS LLP

*/s/ Matthew T. Hale*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
BRIAN WILLIAMS
(*admitted pro hac vice*)
PHILIP A. HORLACHER
Nevada Bar No. 16891
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

MARQUIS AURBACH

*/s/ Jordan W. Montet*
NICHOLAS D. CROSBY
Nevada Bar No. 8896
JORDAN W. MONTET
Nevada Bar No. 14743
10001 Park Run Dr.,
Las Vegas, NV 89145

MARTENSON, HASBROUCK & SIMON LLP

*/s/ Betsy Bulat*
BETSY BULAT
(*admitted pro hac vice*)
ROBERT JENNINGS MOLLOHAN, JR.
(*admitted pro hac vice*)
COLYER F. MONTGOMERY
(*admitted pro hac vice*)
*Attorneys for Defendants*
2573 Apple Valley Road NE
Atlanta, GA 30319

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**ORDER**

Good cause appearing, the foregoing Stipulation is hereby GRANTED. This action is STAYED pending finalization of the Parties' settlement documents. The hearing on Plaintiff's Motion to Compel (ECF No. 134) set for December 10, 2026, is VACATED, and Defendants' deadline to respond to the Motion to Compel is STAYED. The Parties shall file a stipulation of dismissal or a joint status report within thirty (30) days of entry of this Order.

**IT IS SO ORDERED**

DATED: November 16, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE